Michael Bongiorno (Admitted *Pro Hac Vice*)
Timothy Perla (Admitted *Pro Hac Vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Michael.Bongiorno@wilmerhale.com
Timothy.Perla@wilmerhale.com

Jie (Lisa) Li (State Bar No. 260474)
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Lisa.Li@wilmerhale.com

*Attorneys for Defendant TerraForm Global, Inc.*

Additional Counsel Listed on Signature Page

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JUAN M. RODRIGUEZ BELTRAN, *Individually and on Behalf of Others Similarly Situated*, Plaintiff, vs. TERRAFORM GLOBAL, INC., et al., Defendants. | Related Case No. 5:15-cv-04981-BLF-NMC  **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**  Judge: Hon. Beth Labson Freeman |

[Caption continued on following page.]

| | | |
|---|---|---|
| 1 | PYRAMID HOLDINGS, INC., *Individually and on Behalf of Others Similarly Situated*, | Related Case No. 5:15-cv-05068-BLF-NMC |
| 2 | Plaintiff, | |
| 3 | vs. | |
| 4 | | |
| 5 | TERRAFORM GLOBAL, INC., et al., Defendants. | |

2

STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
RELATED CASE NOS. 5:15-CV-04981-BLF-NMC AND 5:15-CV-05068-BLF-NMC

Pursuant to Civil Local Rules 6-2(a) and 7-12, Court-appointed Interim Lead Plaintiff Pyramid Holdings, Inc. ("Pyramid") and Defendants, by and through their respective undersigned counsel of record, submit the following stipulation and proposed order:

WHEREAS, on October 29, 2015, the action captioned *Beltran v. TerraForm Global, Inc., et al.* ("*Beltran*") was filed in the United States District Court for the Northern District of California;

WHEREAS, on November 5, 2015, the action captioned *Pyramid Holdings, Inc. v. TerraForm Global, Inc., et al.* ("*Pyramid Holdings*") was filed in the United States District Court for the Northern District of California;

WHEREAS, on June 1, 2016, Defendants moved to transfer *Beltran* and *Pyramid Holdings* to the Southern District of New York [*Beltran* Dkt. 126, 128; *Pyramid Holdings* Dkt. 78-79];

WHEREAS, Defendants' motions to transfer are scheduled to be heard on October 6, 2016;

WHEREAS, on June 14, 2016, the Court entered an Order granting the parties' Joint Stipulated Request to File Excess Pages and Extend Briefing Schedule, which provided that Interim Lead Plaintiff Pyramid's opposition to the transfer motions would be filed on July 14, 2016, and Defendants' reply briefs in support of the motions would be filed on August 4, 2016;

WHEREAS, the upcoming Initial Case Management Conference ("CMC") and associated ADR deadlines in *Beltran* and *Pyramid Holdings* are as currently set as follows:

| **CASE SCHEDULE – ADR MULTI-OPTION PROGRAM** | | |
|---|---|---|
| **Date** | **Event** | **Governing Rule** |
| 7/14/2016 | Last day to:<br><br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R. 3-5 |
| | • file ADR Certification signed by Parties and | Civil L.R. 16-8(b) & ADR |

| | | |
|---|---|---|
| | Counsel | L.R. 3-5(b) |
| | • file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8(c) & ADR L.R. 3-5(b) |
| 7/28/2016 | Last day to file Rule 26(f) Report, complete initial disclosure or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | FRCivP 26(a)(1) & Civil L.R. 16-9 |
| 8/4/2016 | INITIAL CASE MANAGEMENT CONFERENCE at 11:00 a.m. in:<br><br>Courtroom 3, 5th Floor<br>San Jose | Civil L.R. 16-10 |

WHEREAS, in the interests of efficiency and comity, the parties believe that it would be prudent to continue the CMC and related deadlines currently scheduled in *Beltran* and *Pyramid Holdings* until after the parties have finished briefing and the Court has resolved the venue questions presented in the motions to transfer;

NOW, THEREFORE, the parties hereby STIPULATE and AGREE as follows:

1. The CMC currently scheduled before the Court on August 4, 2016, at 11:00 a.m. in the above-captioned cases, along with any associated deadlines under the Federal Rules of Civil Procedure and Local Rules (including ADR deadlines), shall be continued until after the Court rules on the motions to transfer; and

2. In the event the above-captioned cases remain before the Court after it rules on the motions to transfer, the Parties shall, if necessary, assist the Court by timely requesting that a new CMC be scheduled in the above-captioned cases.

1  Dated: July 11, 2016               Respectfully Submitted,

2

3                                      By:    */s/ Timothy Perla*
                                              Timothy Perla (admitted pro hac vice)
4                                             Michael Bongiorno (admitted pro hac vice)
                                              WILMER CUTLER PICKERING
5                                             HALE AND DORR LLP
                                              60 State Street
6                                             Boston, Massachusetts 02109
                                              Telephone: (617) 526-6000
7                                             Facsimile (617) 526-5000
                                              Timothy.Perla@wilmerhale.com
8                                             Michael.Bongiorno@wilmerhale.com

9
                                              Jie (Lisa) Li, SBN 260474
10                                            WILMER CUTLER PICKERING
                                              HALE AND DORR LLP
11                                            950 Page Mill Road
                                              Palo Alto, California 94304
12                                            Telephone: (650) 858-6000
                                              Facsimile (650) 858-6100
13                                            Lisa.Li@wilmerhale.com

14
                                              *Attorneys for TerraForm Global, Inc.*
15

16                                    By:    */s/ Jaime A. Bartlett*
                                              Jaime A. Bartlett, SBN 251825
17                                            SIDLEY AUSTIN LLP
                                              555 California Street, Suite 2000
18                                            San Francisco, California  94104
                                              Telephone:  (415) 772-1200
19                                            Facsimile:  (415) 772-7400
                                              jbartlett@sidley.com
20

21                                            *Attorney for SunEdison, Inc., Ahmad Chatila,*
                                              *Brian Wuebbels, Martin Truong, Jeremy*
22                                            *Avenier*

23

24

25

26

27

28

                                              5
        STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
        RELATED CASE NOS. 5:15-CV-04981-BLF-NMC AND 5:15-CV-05068-BLF-NMC

By:   */s/ Patrick D. Robbins*
Patrick D. Robbins, SBN 152288
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105
Telephone:  (415) 616-1210
Facsimile:   (415) 616-1199
probbins@shearman.com

Adam S. Hakki (*pro hac vice* app. to be submitted)
Daniel C. Lewis (*pro hac vice* app. to be submitted)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone:  (212) 848-4000
Facsimile:   (646) 848-4924
ahakki@shearman.com
daniel.lewis@shearman.com

*Attorneys for Underwriters*

By: */s/ Ismail Ramsey*
Ismail Ramsey (SBN 189820)
Katharine Kates (SBN 155534)
RAMSEY & ELRICH LLP
803 Hearst Avenue
Berkeley, California  94710
Telephone:  (510) 548-3600
Facsimile:  (510) 291-3060
izzy@ramsey-ehrlich.com
katharine@ ramsey-ehrlich.com

Kevin J. O'Connor (Admitted *Pro Hac Vice*)
HINCKLEY ALLEN
28 State Street
Boston, MA 02109-1775
Tel:  (617) 378-4190
Fax:  (617) 378-4191
koconnor@hinkleyallen.com

*Attorneys for Carlos Domenech Zornoza*

|   |   |
|---|---|
| By: | */s/ Ian D. Berg* |
|  | Ian D. Berg |
|  | Takeo A. Kellar |
|  | ABRAHAM, FRUCHTER & TWERSKY, LLP |
|  | 11622 El Camino Real, Suite 100 |
|  | San Diego, CA 92130 |
|  | Telephone: (858) 764-2580 |
|  | Facsimile: (858) 764-2582 |
|  | iberg@aftlaw.com |

*Attorneys for Interim Lead Plaintiff Pyramid Holdings, Inc.*

7

STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
RELATED CASE NOS. 5:15-CV-04981-BLF-NMC AND 5:15-CV-05068-BLF-NMC

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  Dated: _____          _____
                                   Honorable Beth Labson Freeman
3                                  UNITED STATES DISTRICT JUDGE

8

STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
RELATED CASE NOS. 5:15-CV-04981-BLF-NMC AND 5:15-CV-05068-BLF-NMC

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and Proposed Scheduling Order. In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

Dated: July 11, 2016

By: */s/ Timothy Perla*
Timothy Perla (admitted pro hac vice)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile (617) 526-5000
Timothy.Perla@wilmerhale.com

*Attorney for TerraForm Global, Inc.*