# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SUNEDISON, INC. SECURITIES LITIGATION<br><br>This Document Applies to:<br><br>*In re TerraForm Global, Inc. Securities Litigation*, No. 1:16-cv-07967-PKC, and consolidated cases | No. 1:16-md-02742-PKC |

## [PROPOSED] ORDER AWARDING PLAINTIFFS' COUNSEL'S ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

WHEREAS, the Court has granted final approval to the Settlement of the above-referenced class action;

WHEREAS, Plaintiffs' Counsel have petitioned the Court for the award of attorneys' fees in compensation for the services provided to Plaintiffs and the Class along with reimbursement of expenses incurred in connection with the prosecution of this action, to be paid out of the Settlement Fund established pursuant to the Settlement;

WHEREAS, capitalized terms used herein having the meanings defined in the Stipulation and Agreement of Settlement (the "Stipulation") filed with the Court (ECF No. 265), as modified by the Settlement Modification Agreement dated September 19, 2019 (the "Settlement Modification Agreement"), or as set forth in the Settlement Modification Agreement (ECF No. 659-1); and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith, and has heard the presentation made by Plaintiffs' Counsel during the final approval hearing on February 25, 2020, and due consideration having been had thereon.

1

NOW, THEREFORE, it is hereby ordered:

1. Plaintiffs' Counsel are awarded 25% of the Settlement Fund, or $12,187,500 as attorneys' fees in this action.

2. Plaintiffs' Counsel shall be reimbursed out of the Settlement Fund in the amount of $453,189.69 for their expenses and costs that were incurred.

3. The Court finds that the amount of fees awarded is fair and reasonable in light of the time and labor required, the novelty and difficulty of the case, the skill required to prosecute the case, the experience and ability of the attorneys, awards in similar cases, the contingent nature of the representation and the result obtained for the Class.

4. The attorneys' fees and reimbursement of expenses shall be paid to Lead Counsel Abraham, Fruchter & Twersky, LLP and allocated in conformity with the manner and procedure provided for in the Stipulation and in particular ¶8.2 thereof.

Dated: 2-20, 2020         SO ORDERED:

                         _____
                         HON. P. KEVIN CASTEL
                         UNITED STATES DISTRICT JUDGE